Kevin A. Hoang (SBN:277132)
LAW OFFICE OF KEVIN A. HOANG, APC
254 N. Lake Avenue, #111
Pasadena, CA 91101
Telephone: (661) 733-5621
kevin@khoanglaw.com

Attorneys for Plaintiff, BMO Bank, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO Bank N.A., | Case No. 2:25-mc-00103-DJC-CSK |
| Plaintiff, | **ORDER GRANTING CONTINUANCE OF EXAMINATION OF JUDGMENT DEBTOR SANDEEP KAUR** |
| v. | |
| Perfect Trucklines Inc.; and Sandeep Kaur, | |
| Defendants. | |

The Court, having reviewed Judgment Creditor BMO Bank, N.A.'s request for continuance of the examination of Judgment Debtor Sandeep Kaur, and good cause appearing therefor, **HEREBY ORDERS**:

1. that the August 19, 2025 examination of Judgment Debtor Sandeep Kaur is continued to August 26, 2025 at 1:30 p.m. in Courtroom 25 at the Robert T. Matsui Federal Courthouse located at 501 I Street, Sacramento, CA 95814;

2. that the Subpoena to Appear and Testify At a Hearing Or Trial In a Civil Action with which Judgment Debtor, Sandeep Kaur, was previously served, remains in full force and effect; and

3. that the Judgment Creditor shall serve a copy of this Order on Judgment Debtor,

Sandeep Kaur, by mail.

**IT IS SO ORDERED.**

Dated: August 15, 2025

_____
HON. CHI SOO KIM
U.S. Magistrate Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 254 N. Lake Avenue, #111, Pasadena, CA 91101.

On August 14, 2025, I served the foregoing document described as [PROPOSED] ORDER GRANTING CONTINUANCE OF EXAMINATION OF JUDGMENT DEBTOR SANDEEP KAUR on all interested parties in this action as stated below and on the attached Service List.

| | |
|---|---|
| ✓ | [**BY MAIL**]   I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed on the attached Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this business for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Services, in a seal envelope with postage fully prepaid. |
| | [**BY PERSONAL SERVICE**]   I personally delivered the document(s) to the persons at the address(es) listed on the attached Service List. For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the document(s), in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. |
| | [**BY OVERNIGHT DELIVERY**]   I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed on the attached Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
| | [**BY ELECTRONIC SERVICE**]   My electronic address is _____. On the date set forth herein, I electronically served the above-listed document(s) to the person(s) at the electronic address(es) listed. |

Executed on August 14, 2025, at Long Beach, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/ KEVIN A. HOANG

KEVIN A. HOANG

**SERVICE LIST**

Sandeep Kaur
1504 Danbrook Drive
Sacramento, CA 95835

Perfect Trucklines, Inc.
1504 Danbrook Drive
Sacramento, CA 95835