UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO BANK N.A., | Case No. 2:25-mc-00103-DJC-CSK |
| Plaintiff, | |
| v. | ORDER |
| PERFECT TRUCKLINES INC., et al., | |
| Defendant. | |

On October 2, 2025, Defendant Perfect Trucklines Inc. failed to appear, for the second time, for a Judgment Debtor Examination. (ECF Nos. 23, 25.) The Judgment Debtor Examination was ORDERED continued to November 7, 2025 at 10:00 a.m. in Courtroom 25 before Magistrate Judge Chi Soo Kim. (ECF No. 25.)

**Defendant and its agents, Parminder Singh and Sandeep Kaur, must appear in-person at the November 7, 2025 Judgment Debtor Examination in the U.S. District Court for the Eastern District of California, 501 I Street, Courtroom 25, 8th Floor, Sacramento, CA 95814. Defendant and its agents are expressly warned that Defendant's continued to failure to appear at the court ordered Judgment Debtor Examination may result in the imposition of sanctions, including a finding of contempt of court.**

The Court has reviewed the authority submitted by Plaintiff BMO Bank from the

1

1  Central District of California Bankruptcy Court and for which Bankruptcy Court rules
2  apply. *See In re: A'Gaci* LLC, No. 2:22-mp-00106-BB (C.D. Cal. Bankr. 2023). Unlike the
3  Bankruptcy Court, it is unclear whether this Court has authority to issue the requested
4  bench warrants for Defendant's failures to appear at the Judgment Debtor Examinations.
5  It appears that civil contempt proceedings may be required. *See* 5/29/2015 Order to
6  Show Cause Re Contempt, *Johnson v. North Tahoe Station*, *et al.*, No. 2:13-cv-02540-
7  TLN-AC (E.D. Cal.) (ECF No. 30).

Within 7 days of this order, Plaintiff is ordered to file Proposed Certification of Facts Regarding Contempt. The Court will review the certification and if it agrees, issue an Order to Show Cause Re: Contempt to Defendant, which may be discharged if Defendant appears at the Judgment Debtor Examination that has been continued to November 7, 2025 at 10:00 a.m. in Courtroom 25 before Magistrate Judge Chi Soo Kim.

Plaintiff's counsel will be permitted to appear remotely at the November 7, 2025 Judgment Debtor Examination given counsel's location in Southern California and counsel's prior travel to the in-person Judgment Debtor Examination on August 26, 2025. Zoom instructions will be sent under separate cover.

The Clerk's Office is directed to service this order on Defendant Perfect Trucklines Inc. at (1) Perfect Trucklines, Inc., Parminder Singh, 813 Harbor Blvd., #325, West Sacramento, CA 95835; and (2) Sandeep Kaur, 813 Harbor Blvd., #325, West Sacramento, CA 95835.

Dated:  October 10, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

csk, bmo0103.25