UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO BANK N.A., | No. 2:25-mc-00103-DJC-CSK |
| Plaintiff, | |
| v. | ORDER TO APPEAR AT CONTEMPT HEARING |
| PERFECT TRUCKLINES INC., et al., | |
| Defendant. | |

On October 22, 2025, Magistrate Judge Chi Soo Kim issued an order directing Defendant Perfect Trucklines, Inc. to show cause why it should not be found in contempt. (ECF No. 29.) A contempt hearing was scheduled for November 19, 2025, at 1:30 p.m. before District Judge Daniel J. Calabretta. (*See id.*) Judge Kim subsequently ordered Debtors Sandeep Kaur and Parminder Singh to appear in person at the contempt hearing. (ECF No. 31.) The Court now issues this order to confirm this hearing and order the appearance of both Kaur and Singh.

Accordingly, IT IS HEREBY ORDERED that:

1. The contempt hearing scheduled for November 19, 2025 at 1:30 P.M. is confirmed.
2. Sandeep Kaur and Parminder Singh are both ordered to appear, in person, before District Judge Daniel J. Calabretta in Courtroom 7 in the federal

1

courthouse located 501 I Street, Sacramento, CA 95814 on November 19, 2025, at 1:30 P.M.

3. Failure to appear at this location at the designated time will result in the issuance of bench warrant for Debtors' arrest.

4. The United States Marshal Service is directed to serve a copy of this order on the following addresses:

    a. Perfect Trucklines, Inc., Parminder Singh, 813 Harbor Blvd., #325, West Sacramento, CA 95835; and

    b. Perfect Trucklines, Inc., Sandeep Kaur, 813 Harbor Blvd., #325, West Sacramento, CA 95835.

IT IS SO ORDERED.

Dated: **November 17, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2