Kevin A. Hoang (SBN:277132)
LAW OFFICE OF KEVIN A. HOANG, APC
254 N. Lake Avenue, #111
Pasadena, CA 91101
Telephone: (661) 733-5621
kevin@khoanglaw.com

Attorneys for Plaintiff / Judgment Creditor, BMO Bank, N.A.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO Bank N.A., <br><br> Plaintiff, <br><br> v. <br><br> Perfect Trucklines Inc.; and Sandeep Kaur, <br><br> Defendants. | Case No. 2:25-mc-00103-DJC-CSK <br><br> **[PROPOSED] ORDER ON STIPULATION REGARDING THE EXAMINATION OF SANDEEP KAUR** |

After review and consideration of the Joint Stipulation filed by Judgment Creditor, BMO BANK, N.A. ("Judgment Creditor") through its counsel of record, Kevin A. Hoang, Judgment Debtor, SANDEEP KAUR ("Judgment Debtor Kaur"), and Judgment Debtor, PERFECT TRUCKLINES, INC., through its person most knowledgeable, Parminder Singh, ("Judgment Debtor PTL") regarding the judgment debtor examination of Sandeep Kaur, the Court rules as follows:

1. Judgment Debtor Kaur's examination is continued to January 23, 2026 at 10:00a.m. before the Honorable Chi Soo Kim, Magistrate Judge.

2. Judgment Debtor Kaur must produce all documents not already

produced, responsive to the Subpoena with which she was served, no later than December 17, 2025.

3. Judgment Debtor PTL has failed to produce documents not already produced, responsive to the Subpoena with which he was served, by December 8, 2025 as previously ordered but has represented that it will produce documents, no later than December 17, 2025. Judgment Debtor PTI is ordered to produce documents by December 17, 2025.

4. Counsel for Judgment Creditor, Kevin A. Hoang, Esq., may appear for the continued examination of Judgment Debtor Kaur via Zoom on January 23, 2026 at 10:00a.m.

IT IS SO ORDERED.

Dated: January 5, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

csk/bmo0103.25_stip-huang

[PROPOSED] ORDER ON STIPULATION REGARDING THE EXAMINATION OF SANDEEP KAUR